UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALPHONSO BOUTIRE,
          Plaintiff,

v.
                                              Case No. 12-cv-14611
                                              Honorable Patrick J. Duggan

LAKREESE R. JOHNSON and
GERALD MITCHELL,
             Defendants.
_____/

## OPINION AND ORDER GRANTING
## DEFENDANT MITCHELL'S MOTION FOR SUMMARY JUDGMENT
## AND DEFENDANT JOHNSON'S MOTION TO DISMISS

Plaintiff initiated this lawsuit against Defendants on October 18, 2012, alleging violations of his Eighth Amendment rights while he was a Michigan Department of Corrections' inmate.  On January 4, 2013, Defendant Mitchell filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  On May 2, 2013, Defendant Johnson filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  This Court has referred the matter to Magistrate Judge Charles Binder for all pretrial proceedings, including a report and recommendation ("R&R") on all dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 16.)  On June 27, 2013, Magistrate Judge Binder issued his R&R recommending that this Court grant Defendants' motions.  (ECF No. 31.)

In his R&R, Magistrate Judge Binder applies the standard for review under

Rule 12(b)(6) and concludes that Plaintiff fails to state a viable Eighth Amendment

claim. (*Id*. at 6-8.) At the conclusion of his R&R, Magistrate Judge Binder

advises the parties that they may object to and seek review of the R&R within

fourteen days of service upon them. (*Id*. at 9.) He further specifically advises the

parties that "[f]ailure to file specific objections constitutes a waiver of any further

right to appeal." (*Id*. at 9.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions

reached by Magistrate Judge Binder. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant Gerald Mitchell's motion for summary

judgment (ECF No. 15) is **GRANTED**;

**IT IS FURTHER ORDERED**, that Defendant Lakreese R. Johnson's

motion to dismiss (ECF No. 29) is **GRANTED**.

Dated: August 12, 2013                    s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:

**Alphonso Boutire**, #198000
450 N Cooper
Apt C (2)
Jackson, MI 49201
Kimberly A. Koester, Esq.
Ronald W. Chapman, Esq.
Kevin R. Himebaugh, Esq.
Magistrate Judge Charles Binder